UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JAMES EDMUND GEIST, )
)
        Plaintiff, )
) **JUDGMENT IN A CIVIL CASE**
v. )
) **CASE NO. 5:17-CV-116-D**
NANCY A. BERRYHILL, Acting Commissioner )
of Social Security, )
        Defendant. )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings, including a new hearing. On remand, the Commissioner's final decision will be vacated and a hearing de novo will be conducted. The ALJ will be instructed to consider previous post-hearing evidence from the Veterans Administration, including evidence of any disability rating and associated medical evidence, and to issue a new decision.

**This Judgment Filed and Entered on November 22, 2017, and Copies To:**
Cynthia M. Currin         (via CM/ECF electronic notification)
Leo R. Montenegro         (via CM/ECF electronic notification)


DATE:         PETER A. MOORE, JR., CLERK
November 22, 2017         (By) /s/ Nicole Briggeman
        Deputy Clerk