IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civ. No. 5:17-cv-00116-D

JAMES EDMUND GEIST,                    )
                                       )
            Plaintiff,                 )
                                       )
    v.                                 )        ORDER FOR
                                       )        PAYMENT OF ATTORNEY FEES
NANCY BERRYHILL,                       )        UNDER THE EQUAL ACCESS
Deputy Commissioner for Operations,    )        TO JUSTICE ACT
performing the duties and functions    )
not reserved to the Commissioner of    )
        Social Security,               )

            Defendant.

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to

Plaintiff $5,500.00 in attorney's fees and $491.44 in filing fees and copies in full satisfaction of

any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. Such

payment should be sent to:

Cynthia M. Currin, Esq.
Crisp & Page, PLLC
4010 Barrett Drive, Suite 205
Raleigh, North Carolina 27609
Telephone: (919) 791-0009
currin@crisppage.com

Provided that the award to Plaintiff is not subject to the Treasury Offset Program,

payment will be made by check payable to Plaintiff's counsel, Cynthia M. Currin, Crisp & Page,

PLLC, and mailed to the office address above in accordance with Plaintiff's assignment to

counsel of his right to payment of attorney fees under EAJA. If the award is subject to Offset, the remaining fees, if any, will be payable to Plaintiff and sent to Plaintiff's counsel.

SO ORDERED. This _____ 6 _____ day of April 2018.

JAMES C. DEVER III
Chief United States District Judge

2