UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JAMES EDMUND GEIST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | |
| ) | **CASE NO. 5:16-CV-116-D** |
| NANCY A. BERRYHILL, Acting Commissioner ) | |
| of Social Security, ) | |
| Defendant. ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay to Plaintiff $5,500.00 in attorney's fees and $491.44 in filing fees and copies in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. Such payment should be sent to: Cynthia M. Currin, Esq., Crisp & Page, PLLC 4010 Barrett Drive, Suite 205 Raleigh, North Carolina 27609. Provided that the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Cynthia M. Currin, Crisp & Page, PLLC, and mailed to the office address above in accordance with Plaintiffs assignment to counsel of his right to payment of attorney fees under EAJA. If the award is subject to Offset, the remaining fees, if any, will be payable to Plaintiff and sent to Plaintiff's counsel.

**This Judgment Filed and Entered on April 6, 2018, and Copies To:**
| | |
|---|---|
| Cynthia M. Currin | (via CM/ECF electronic notification) |
| Cassia W. Parson | (via CM/ECF electronic notification) |
| Leo R. Montenegro | (via CM/ECF electronic notification) |

DATE:                                    PETER A. MOORE, JR., CLERK
April 6, 2018                         (By) /s/ Nicole Briggeman
                                                      Deputy Clerk