UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JAMES EDMUND GEIST,<br><br>        Plaintiff,<br><br>    v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>        Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:17-CV-116-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $16,000.00. Plaintiff's counsel will refund to Plaintiff the smaller of this amount and the EAJA award.

**This Judgment Filed and Entered on October 22, 2019, and Copies To:**
Cynthia M. Currin        (via CM/ECF electronic notification)
Cassia W. Parson        (via CM/ECF electronic notification)
Leo R. Montenegro        (via CM/ECF electronic notification)

DATE:        PETER A. MOORE, JR., CLERK
October 22, 2019        (By) /s/ Nicole Sellers
        Deputy Clerk